THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAIME LOPEZ, Also Known as Coco, Appellant.—Appeal by defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County, imposed July 7, 1977, upon his conviction of manslaughter in the first degree, upon his plea of guilty, the sentence being an indeterminate term of imprisonment with a minimum of 7 and a maximum of 21 years. Sentence modified, as a matter of discretion in the interest of justice, by reducing it to an indeterminate term of imprisonment with a minimum of 5 and a maximum of 15 years. As so modified, sentence affirmed. The sentence was excessive to the extent indicated herein. Gibbons, J. P., Gulotta, Cohalan and Martuscello, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRED NESBITT, Appellant.—Judgment of the Supreme Court, Kings County, rendered May 10, 1978, affirmed (see *People v Osgood,* 71 AD2d 1030). Mollen, P. J., Damiani, Gibbons and Martuscello, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VINCENT POLITANO, Appellant.—Judgment of the Supreme Court, Kings County, rendered May 22, 1979, affirmed. No opinion. This case is remitted to the Supreme Court, Kings County, for further proceedings pursuant to CPL 460.50 (subd 5). Mangano, J. P., Rabin, Gulotta and Cohalan, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD M. SULLIVAN, Appellant.—Appeal by defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County, imposed June 20, 1979. Sentence affirmed. No opinion. This case is remitted to the Supreme Court, Kings County, for further proceedings pursuant to CPL 460.50 (subd 5). Gulotta, J. P., Cohalan, Margett and Weinstein, JJ., concur.